UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSEPH LEGRANO,                                    O R D E R

                  Petitioner,           93 CR 1231(ARR)

        - against -

UNITED STATES OF AMERICA,

                  Defendant.

-------------------------------------------------------------------X

ROSS, United States District Judge:

Petitioner, Joseph Legrano, proceeding pro se, having filed the captioned lawsuit as one styled as "Petitioner's Independent Action in Equity Pursuant to the Provisions of Rule 60(b)(5) and (6) of the Federal Rules of Civil Procedure," it is hereby

ORDERED that within twenty (20) days of the date of this order, Respondent, by the Office of the United States Attorney's Office for the Eastern District of New York, file a response to the petition. It is requested that, in addition to any other matter deemed pertinent, Respondent address in its answer whether this court should construe this proceeding as one brought pursuant to 28 U.S.C. § 2241, challenging the conditions of Petitioner's confinement, and, if so, whether this court should transfer the petition to the District of Massachusetts; and

1

IT IS FURTHER ORDERED that Petitioner's reply to Respondent's answer be served and filed by October 31, 2005.

SO ORDERED:

_____
Allyne R. Ross
United States District Judge

Dated:   Brooklyn, New York
         September 27, 2005

SERVICE LIST

Petitioner

Joseph Legrano
Reg. No. 13548-053
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

Defendant

U.S. Attorney's Office
Eastern District of New York
One Pierrepont Plaza
14th Floor
Brooklyn, NY 11201